GARY M. RESTAINO
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: sheila.phillips2@usdoj.gov
Attorneys for Plaintiff



FILED _____ _____ LODGED
RECEIVED _____ _____ COPY

JUN 2 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-1087-PHX-DJH (JZB) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Jose Guillermo Cibrian Torres, | VIO: 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1-2 |
| Defendant. | |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

### COUNTS 1-2

On or about the dates listed below, in the District of Arizona, Defendant JOSE GUILLERMO CIBRIAN TORRES knowingly made false statements and representations in connection with the acquisition of a firearm to the business listed below, which were intended and likely to deceive  the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant JOSE GUILLERMO CIBRIAN TORRES did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction

Record, in each of the counts below stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant JOSE GUILLERMO CIBRIAN TORRES knew that he was buying the firearm on behalf of another person:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | August 2, 2023 | Jones and Jones |
| 2 | September 21, 2023 | Jones and Jones |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 and 2 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendants is liable.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

<em>/s/</em>

FOREPERSON OF THE GRAND JURY
Date:  June 25, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona


_____/s/_____
SHEILA PHILLIPS
Assistant U.S. Attorney